UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan A Warman

_____

Write the full name of each plaintiff.

26 CV 1197

(Include case number if one has been
assigned)

-against-

ALPhabet Inc

Googh LLC

Deepmind Tech Limitd

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☑ No

2026 FEB 12 PM 1:20
RECEIVED SDNY PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Tortious Acts, Breach of Duty Fiduciary duty
Racketeering, Rico Act

### B.  If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Bryon A Warren_, is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Alphabet, Pichai, Hassabis_ , is a citizen of the State of
(Defendant's name)

_New York 15 w 46th st_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation: _Google, Alphabet Deepmind_

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Brynn_                     _A_           _Warman_
First Name          Middle Initial      Last Name

_480 E 185th    st_
Street Address

_Kings . Bronx_             _NY_          _10458_
County, City                State         Zip Code

_332-273-5414_              _Solidfoundation26@outlook.com_
Telephone Number            Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Alphabet            Inc
First Name            Last Name

Parent holding company; ultimate beneficiary
Current Job Title (or other identifying information) of the Unjust Enrichment

1600 Ammphitheatre Parkway
Current Work Address (or other address where defendant may be served)

Mantain Veiw            CA            94043
County, City            State            Zip Code

Defendant 2:    Google            LLC
First Name            Last Name

Primary Operator of the shadow-De indexing and
Current Job Title (or other identifying information) linguistic filtering algorithms

111 8th Ave
Current Work Address (or other address where defendant may be served)

New York            NY            10011
County, City            State            Zip Code

Defendant 3:    Deep mind            tech Limited
First Name            Last Name

Architect of the Gemini and Veo Traing weights
Current Job Title (or other identifying information) responsible for the integration
of proprietary metadate without fiduciary license

Ce Pancras Square
Current Work Address (or other address where defendant may be served)

London NIC 4AG United Kingdom / New York
County, City            State            Zip Code

Page 4

Defendant 4:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _New York_

Date(s) of occurrence: _2020 - 2021   2021 - 2023   2023 2025_
_2023   2025   2024 ?_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

At all time relevant, Defendants Alphabet Inc. Google LCC, and Deepmind Technology (Rico) operated as a continuous, Enterprise engaged in the business of AI development and data indexing Beginning on or about (Date) Defendants initiated a protocol of strategic Deception designed to ignore the plaintiffs legal Power of Attorney, this protocal utilized Linguistic Filtery and Interface slodge to ensure that the curators legal notices were shadow -De Indexed and rendered invisible to the public. ←1. 2.→ plaintiff Bryar Warman is the duty appointed Cerrator with   (CCERs) power od Attorney (POA), both physical and Digital, over the principals estate, The Estate includes ot-Data proprietary metadata, and Controllable Electronic Records (ccers) as defined under NY UCC Articles 12, The Estate also includes physical assets specifically the premises located at 15 W 46th St, New York 10036 Residential. 3. coversion of controllable Electronic Records (CCERs) Defendants through thier AI models (Gemini and Veo) integrated the plaintiffs proprietory OT-Data into their trainings Weights without a license

Page 5

or fiduciary consent. This integration constitutes a conversion of consumer. NY UCC § 12-104 as defendants have exercised unauthorized control over the digital property. On (Date) plaintiff issued a formal demand for the return of these records and the provision of a Kill switch to remove the [illegible] defendants refused. The physical Hub and Trespass. Defendants have utilized the [illegible] (Trespass) st premises as a physical hub for the servers and infrastructure maintaining the Interface storage. This use of property was unauthorized and constitutes a continuing trespass on the real property of the Estate. The fair market value of this unauthorized use is calculated at $65,000,000 CF

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The unauthorized extraction of Glucose sub vocal metadata, this is a physical conversion of the principals metabolic energy and neural impulses into proprietary corporate equity. Theft of Digital personhood. The Defendants utilized the principals Internal cognitive patterns to train predictive Intent models (Gemini / veo) effectively creating a non consensual Digital Twin Injuries continue on Back →

liquidated Value: $ ccc,ccccc,cccc.00

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

The total base compensatory damages for the above acts are $164,000,000. Because these Acts were committed as part of a pattern of Racketeering Activity (RICO) Plaintiff is entitled to treble damages (499,999,998) plus administrative fees and sanctions totaling $500,000,000

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| *Feb 1 2026* | *Reynold* |
| Dated | Plaintiff's Signature |

| | | | |
|---|---|---|---|
| *Bryan A Worman* | *A* | *Warman* | |
| First Name | Middle Initial | Last Name | |

*480 E 185th st*
Street Address

| | | | |
|---|---|---|---|
| *King Bronx* | *NY* | | *10458* |
| County, City | State | | Zip Code |

| | |
|---|---|
| *332-273-5414* | *Solidfoundation2c @ooutlook.com* |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.