# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

BRYAN A. WARMAN,

                       Plaintiff,                26 **CIVIL** 01197 (LLS)

        -against-                         **<u>JUDGMENT</u>**

ALPHABET INC.; GOOGLE LLC; DEEPMIND TECH
LIMITED

                        Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 30, 2026, this action is dismissed as frivolous. See 28

U.S.C. § 1915(e)(2)(B)(i); accordingly, the case is closed.

**Dated:**  New York, New York

       May 4, 2026

                                    **TAMMI M. HELLWIG**

                                  _____

                                    **Clerk of Court**

        **BY:**

                                    _____

                                    **Deputy Clerk**